PER CURIAM.

(No. 74-CC-648—Claimant )

CENTRAL OFFICE EQUIPMENT CO., Claimant, *vs.* STATE OF
ILLINOIS, INDUSTRIAL COMMISSION, Respondent.

*Opinion filed May 15, 1974.*

CENTRAL OFFICE EQUIP. CO., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELD-
MAN, Assistant Attorney General, for Respondent.

PER CURIAM.